UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES H. PICKETT, JR

5302 BROADWATER COURT

TEMPLE HILLS, MARYLAND 20748         Civil Action No. 07-1431 (PLF)
    PLAINTIFF
        vs

JOHN E. POTTER

POSTMASTER GENERAL, U. S. POSTAL SERVICE

475 L'ENFANT PLAZA, S. W.

WASHINGTON, D. C. 20260
    DEFENDANT

## PLAINTIFF'S MOTION FOR ORDER TO PROCEED WITH DISCOVERY AND JURY TRIAL

Comes now the Plaintiff, James H. Pickett, Jr., in the above referenced case and respectfully states as follows:

On August 9, 2007, a copy of the complaint in the above referenced case was delivered by federal Express to Postmaster General John E Potter, U. S. Attorney General Alberto Gonzales and the Washington D. C. United States Attorney's Office. Please see attatched copies of Federal Express Air Bills numbered 8599 2615 0212 ; 8599 2615 0201; and 8599 2615 0223, respectively.

As of today, October 15, 2007, the Plaintiff, James H. Pickett, Jr. has not heard from the Defendant and/or his Attorneys.

The Plaintiff therefore respectfully request from the Court and/or Honorable Judge, an "Order To Proceed With Discovery And Jury Trial" in the above referenced case number 07-1431 (PLF).

The Plaintiff further prays that the Court and/or Honorable Judge will grant 'Plaintiff's Motion For Order To Proceed With Discovery And Jury Trial'.

I affirm under the penalty of perjury that the foregoing is true to the best of my knowledge.

Respectfully Submitted,

RECEIVED
OCT 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

James H. Pickett, Jr. - Pro Se

5302 Broadwater Court

Temple Hills, Maryland   20748

(301) 466-8993

*[signature]*

## CERTIFICATE OF SERVICE

I affirm under the penalty of perjury that a copy of this "Plaintiff's Motion For Order To Proceed With Discovery And Jury Trial", was mailed first class postage prepaid to the three persons listed below on October 15, 2007.

John E. Potter
Postmaster General, U. S. Postal Service
475 L' Enfant Plaza, S. W.
Washington, D. C.  20260


Michael B. Mukasey
U. S. Attorney General
950 Pennsylvania Avenue, N. W.
Washington, D. C.  20528


U. S. Attorney
501 3rd Street, N. W.
Washington, D. C.  20001

James H. Pickett, Jr. - Pro Se
5302 Broadwater Court
Temple Hills, Maryland  20748
(301) 466-8993

# FedEx US Airbill

**Express**

Tracking number: 8599 2615 0212

1. From
   Date: 8-8-2007
   Sender's Name: James H. Peckcozz
   Phone: 301 466-8893
   Address: 5302 Broadwater Court
   City: Temple Hills, MD 20748

2. Your Internal Billing Reference: (OPTIONAL)

3. To
   Recipient's Name: John E. Potter
   Phone: (202) 268-2000
   Company: Postmaster General, U.S. Postal Service
   Address: 475 L'Enfant Plaza S.W.
   City: Washington, DC 20260

Sender's Copy

Handwritten note (right margin): O'Bluoney — Thursday, August 9, 2007 8:50 am — C. Cole



FedEx Express U.S. Mail. PO Box 727 Telephone 901-369-3600
Customer Support Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



August 10, 2007

FedEx Customer
(301) 749-7894

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 859926150212.

Delivery Information:

Signed For By:  C.COLE

*Cole*

Delivery Date:  August 09, 2007

Delivery Time:  08:50 AM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 859926150212 | Ship Date: | August 08, 2007 |
| Shipper: | TEMPLE HILLS, MD US | Recipient: | WASHINGTON, DC US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20070810000407238992

This Information is provided subject to the FedEx Service Guide.





FedEx Express  
Customer Support  
Domestic Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone 901-369-3600



August 10, 2007

JAMES PICKETT  
(301) 749-7894

Dear JAMES PICKETT:

Our records reflect the following delivery information for the shipment with the tracking number 859926150201. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

  Signed For By:  A. FRAZIER

  Delivered to:  3370 V ST

  Delivery Date:  August 09, 2007

  Delivery Time:  10:18 AM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 859926150201 | Ship Date: | August 08, 2007 |
| Shipper: | JAMES H PICKOTT JR<br><br>5302 BROADWATER CT<br>TEMPLE HILLS, MD 20748<br>US | Recipient: | ALBERTO GONZALES<br>U S ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE N W<br>WASHINGTON, DC 20528<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx (1-800-463-3339)  
Reference No: R20070810000394831310

This Information is provided subject to the FedEx Service Guide.

**FedEx US Airbill** 8599 2615 0223

Date: 8-9-2007

Sender: James H. Renwrzyn[?]  301 466-8993
5302 Broadwater Court
Temple Hills, MD 20748

To: U.S. Attorney (202)514-7566
501 3rd Street NW
Washington, D.C. 20001

Handwritten note:
This package
delivered on
Thursday
Aug 9, 2007
9:37a
Signed for by
C. Brown



# FedEx

1501 ECKINGTON PL NE
WASHINGTON, DC 20002

Location:        DCAA
Device ID:       DCAA-POS1
Employee:        301928
Transaction:     450072659036

EXPRESS SAVER
859926150223    0.30 lb (S)    $10.77

Shipment subtotal:    $10.77
Total Due:            $10.77
Cash:                 $10.77
Change Due:           $0.00

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

August 8, 2007 1:54:27 PM

Handwritten notes (left, on airbill): 501 3kD Street NW, Washington, D.C. 20001

Handwritten notes (right): This package delivered on Thursday Aug 9, 2007 9:37a signed for by C. Bryan

FedEx Express                U.S. Mail. PO Box 727            Telephone 901-369-3600
Customer Support             Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



August 10, 2007

FedEx Customer
(301) 749-7894

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 859926150223.

Delivery Information:

Signed For By:    C.BAUM

*C. Baum* (signature)

Delivery Date:    August 09, 2007

Delivery Time:    09:37 AM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 859926150223 | Ship Date: | August 08, 2007 |
| Shipper: | TEMPLE HILLS, MD US | Recipient: | WASHINGTON, DC US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20070810000394830660

This Information is provided subject to the FedEx Service Guide.