# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JAMES H. PICKETT, JR

5302 BROADWATER COURT

TEMPLE HILLS, MARYLAND 20748
PLAINTIFF
vs

Civil Action No. 07-1431 (PLF)

JOHN E. POTTER

POSTMASTER GENERAL, U. S. POSTAL SERVICE

475 L'ENFANT PLAZA, S. W.

WASHINGTON, D. C. 20260
DEFENDANT

RECEIVED
OCT 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION FOR ORDER TO PROCEED WITH DISCOVERY AND JURY TRIAL

Comes now the Plaintiff, James H. Pickett, Jr., in the above referenced case and respectfully states as follows:

On August 9, 2007, a copy of the complaint in the above referenced case was delivered by federal Express to Postmaster General John E Potter, U. S. Attorney General Alberto Gonzales and the Washington D. C. United States Attorney's Office . Please see attatched copies of Federal Express Air Bills numbered 8599 2615 0212 ; 8599 2615 0201; and 8599 2615 0223, respectively.

As of today, October 15, 2007, the Plaintiff, James H. Pickett, Jr. has not heard from the Defendant and/or his Attorneys.

The Plaintiff therefore respectfully request from the Court and/or Honorable Judge, an "Order To Proceed With Discovery And Jury Trial" in the above referenced case number 07-1431 (PLF).

The Plaintiff further prays that the Court and/or Honorable Judge will grant 'Plaintiff's Motion For Order To Proceed With Discovery And Jury Trial'.

I affirm under the penalty of perjury that the foregoing is true to the best of my knowledge.

Respectfully Submitted,

James H. Picket[illegible] Jr. - Pro Se

5302 Broadwater Court

Temple Hills, Maryland 20748

(301) 466-8993

CERTIFICATE OF SERVICE

I affirm under the penalty of perjury that a copy of this "Plaintiff's Motion For Order To Proceed With Discovery And Jury Trial", was mailed first class postage prepaid to the three persons listed below on October 15, 2007.

John E. Potter
Postmaster General, U. S. Postal Service
475 L' Enfant Plaza, S. W.
Washington, D. C. 20260

Michael B. Mukasey
U. S. Attorney General
950 Pennsylvania Avenue, N. W.
Washington, D. C. 20528

U. S. Attorney
501 3rd Street, N. W.
Washington, D. C. 20001

James H. Pickett, Jr. - Pro Se
5302 Broadwater Court
Temple Hills, Maryland 20748
(301) 466-8993

DELIVERED
THURSDAY
AUGUST 9, 2007
8:50 Am
C. Cole

**FedEx. Express US Airbill**

Tracking Number 8599 2615 0212

Sender's Copy

1 From
Date 8-8-2007 Sender's FedEx Account Number
Sender's Name JAMES H. PICKETT, JR. 301 466-8993
Company
Address 5302 BROADWATER COURT
City TEMPLE HILLS State MD ZIP 20748

2 Your Internal Billing Reference OPTIONAL

3 To
Recipient's Name JOHN E. POTTER Phone (202 268-2000
Company POSTMASTER GENERAL, U.S. POSTAL SERVICE
Recipient's Address 475 L'ENFANT PLAZA, S.W.
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Address
To request a package be held at a specific FedEx location, print FedEx address here.
City WASHINGTON, State D.C. ZIP 20260

4a Express Package Service
4b Express Freight Service
5 Packaging
6 Special Handling
7 Payment Bill to: Sender, Recipient, Third Party, Credit Card, Cash/Check
Total Packages Total Weight Total Declared Value
8 NEW Residential Delivery Signature Options

520

fedex.com 1.800.GoFedEx 1.800.463.3339

RETAIN THIS COPY FOR YOUR RECORDS.

FedEx

1501 ECKINGTON PL NE
WASHINGTON, DC 20002

| | |
|---|---|
| Location: | DCAA |
| Device ID: | DCAA-POS1 |
| Employee: | 301928 |
| Transaction: | 450072658978 |

| | | |
|---|---|---|
| EXPRESS SAVER 859926150212 | 0.25 lb (S) | $10.77 |
| Shipment subtotal: | | $10.77 |
| Total Due: | | $10.77 |
| Cash: | | $10.77 |
| Change Due: | | $0.00 |

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

August 8, 2007 1:53:24 PM

FedEx Express
Customer Support
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone 901-369-3600

August 10,2007

FedEx Customer
(301) 749-7894

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 859926150212.

Delivery Information:

Signed For By: C.COLE

Cole

Delivery Date: August 09, 2007

Delivery Time: 08:50 AM

Shipping Information:

| Tracking No: | 859926150212 | Ship Date: | August 08, 2007 |
|---|---|---|---|
| Shipper: | TEMPLE HILLS, MD<br>US | Recipient: | WASHINGTON, DC<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2007081000407238992

This Information is provided subject to the FedEx Service Guide.



This package delivered Aug. 9, 2007 10:18 Am A. Frazier

FedEx. Express US Airbill

FedEx Tracking Number 8599 2615 0201

Sender's Copy

1 From

Date 8-8-2007

Sender's FedEx Account Number

Sender's Name James H. Pickett, Jr. Phone (301) 466-8993

Company

Address 5302 Broadwater Court

City Temple Hills State MD ZIP 20748

2 Your Internal Billing Reference OPTIONAL

3 To

Recipient's Name Alberto Gonzales (D.O.J.) Phone (202) 514-2000

Company U.S. Attorney General

Recipient's Address 950 Pennsylvania Ave., N.W.

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address

City Washington State DC ZIP 20528

fedex.com 1.800.GoFedEx 1.800.463.3339

520

RETAIN THIS COPY FOR YOUR RECORDS.



FedEx

1501 ECKINGTON PL NE
WASHINGTON, DC 20002

| | |
|---|---|
| Location: | DCAA |
| Device ID: | DCAA-POS1 |
| Employee: | 301928 |
| Transaction: | 450072658706 |

| | | |
|---|---|---|
| EXPRESS SAVER 859926150201 | 0.25 lb (S) | $10.77 |

| | |
|---|---|
| Shipment subtotal: | $10.77 |
| Total Due: | $10.77 |
| Cash: | $10.77 |
| Change Due: | $0.00 |

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

August 8, 2007 1:50:33 PM

FedEx Express
Customer Support
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone 901-369-3600

August 10,2007

JAMES PICKETT
(301) 749-7894

Dear JAMES PICKETT:

Our records reflect the following delivery information for the shipment with the tracking number 859926150201. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

Signed For By: A.FRAZIER

Delivered to: 3370 V ST

Delivery Date: August 09, 2007

Delivery Time: 10:18 AM

Shipping Information:

Tracking No: 859926150201

Ship Date: August 08, 2007

Shipper: JAMES H PICKOTT JR
5302 BROADWATER CT
TEMPLE HILLS, MD 20748
US

Recipient: ALBERTO GONZALES
U S ATTORNEY GENERAL
950 PENNSYLVANIA AVE N W
WASHINGTON, DC 20528
US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20070810003948313 10

This Information is provided subject to the FedEx Service Guide.

THIS PACKAGE DELIVERED ON THURSDAY AUG 9, 2007 9:37A SIGNED FOR BY C. BAUM

**FedEx. Express US Airbill**

FedEx Tracking Number 8599 2615 0223

Sender's Copy

1 From

Date 8-8-2007 Sender's FedEx Account Number

Sender's Name JAMES H. PICKETT JR 301 466-8993

Company

Address 5302 BROADWATER COURT

City TEMPLE HILLS State MD ZIP 20748

2 Your Internal Billing Reference OPTIONAL

3 To

Recipient's Name U.S. ATTORNEY (202) 514-7566

Company

Recipient's Address 501 3RD STREET N.W.

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address

City WASHINGTON, State D.C. ZIP 20001

4a Express Package Service

4b Express Freight Service

5 Packaging

6 Special Handling

7 Payment Bill to: Sender / Recipient / Third Party / Credit Card / Cash/Check

Total Packages Total Weight Total Declared Value

8 NEW Residential Delivery Signature Options

520

fedex.com 1.800.GoFedEx 1.800.463.3339

RETAIN THIS COPY FOR YOUR RECORDS.

FedEx

1501 ECKINGTON PL NE
WASHINGTON, DC 20002

Location: DCAA
Device ID: DCAA-POS1
Employee: 301928
Transaction: 450072659036

| | | |
|---|---|---|
| EXPRESS SAVER 859926150223 | 0.30 lb (S) | $10.77 |
| Shipment subtotal: | | $10.77 |
| Total Due: | | $10.77 |
| Cash: | | $10.77 |
| Change Due: | | $0.00 |

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

August 8, 2007 1:54:27 PM

501 3RD STREET N.W.
WASHINGTON, D.C. 20001

Sender's Copy

RETAIN THIS COPY FOR YOUR RECORDS.

This package delivered on Thursday Aug 9, 2007 9:37a Signed for by C. Brown

FedEx Express
Customer Support
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone 901-369-3600

August 10,2007

FedEx Customer
(301) 749-7894

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 859926150223.

Delivery Information:

Signed For By: C.BAUM

C Baum

Delivery Date: August 09, 2007

Delivery Time: 09:37 AM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 859926150223 | Ship Date: | August 08, 2007 |
| Shipper: | TEMPLE HILLS, MD<br>US | Recipient: | WASHINGTON, DC<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R200708100039483O660

This Information is provided subject to the FedEx Service Guide.