UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. PICKETT, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, Postmaster General )<br>United States Postal Service, )<br>)<br>Defendant. )<br>) | No. 1:07cv1431 (PLF) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME PURSUANT TO
FED. R. CIV. P. 6(b)(2) TO FILE A RESPONSE**

Pursuant to Fed. R. Civ. P. 6(b)(2), John E. Potter, United States Postmaster General ("Defendant") respectfully requests an extension of time until November 29, 2007, to file a Motion to Dismiss in this matter. Plaintiff filed this complaint on August 7, 2007 and perfected service on August 9, 2007. Accordingly, an answer or other response was due on or before October 9, 2007. Defendant's motion should be granted because Defendant's failure to file an answer or other response was due to excusable neglect. In support of this motion, Defendant states the following:

1.   The undersigned received a copy of the complaint in this matter from Agency Counsel before Plaintiff perfected service. The undersigned kept this copy of the complaint on his desk as a reminder to monitor PACER to see when service was perfected. The undersigned continued to monitor PACER through October 9, 2007, but at that time, PACER did not indicate that service had taken place. *Ex*. A, Copy of PACER printout on October 9, 2007.

2.   Meanwhile, a few days after the undersigned received the complaint from Agency Counsel, the undersigned received a copy of the complaint that had been served upon the United

States Attorney on August 9, 2007, but was under the mistaken impression that this was another copy from agency counsel, and continued to monitor PACER.

3. The undersigned remained unaware that service on the United States Attorney's Office had been perfected until the Court's October 26, 2007, minute order. On that day, October 26, 2007, the undersigned returned to the office after a two-week mandatory training at the National Advocacy Center in Columbia, South Carolina. The undersigned returned from training to many urgent matters that had been postponed before the undersigned's departure and others that arose in his absence and so neglected to file a Motion for Extension of Time promptly. The undersigned regrets this oversight.

4. Simultaneously herewith, Defendant is filing a Motion to Dismiss the complaint. As argued in Defendant's Motion to Dismiss, Plaintiff's claims are barred by res judicata and failure to file in the proper venue. Defendant respectfully requests that the court permit the late-filing of that dispositive motion. Such action will contribute to the just resolution of this matter, and Plaintiff will suffer no prejudice on account of the delay.

5. Pursuant to LCvR 7(m), the undersigned attempted, without success, to contact Plaintiff by calling the telephone number on Plaintiff's most recent pleading filed with the court.

Dated: November 29, 2007          Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth St., N.W.

                                            Washington, D.C.  20530
                                            Phone: (202) 514-7157
                                            Fax: (202) 514-8780
                                            kenneth.adebonojo@usdoj.gov

**Of Counsel:**

William B. Neel, Esq.
United States Postal Service

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**JAMES H. PICKETT, JR.,**               )
                                         )   No. 1:07cv1431 (PLF)
        **Plaintiff,**                       )
                                         )
v.                                       )
                                         )
**JOHN E. POTTER, Postmaster General**   )
**United States Postal Service,**        )
                                         )
        **Defendant.**                       )
_____   )

### ORDER

This matter comes before the Court on the Defendant's Motion to Enlarge Time to File an Answer or Other Response.  After considering the appropriate pleadings, the record herein, and applicable law, it is this ____ day of _____, 2007, hereby

ORDERED, the Defendant's motion is hereby GRANTED; and it is

FURTHER ORDERED, that Defendant shall file an answer or other response on or before November 29, 2007.

_____
HONORABLE PAUL L. FRIEDMAN, U.S.D.J.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November, 2007, I caused the foregoing Motion to Extend Time to File an Answer or Other Response to be filed *and* served upon *pro se* plaintiff by first class mail, postage prepaid, addressed to:

James H. Pickett, Jr.
5302 Broadwater Court
Temple Hill, Md
20748

_/s/_____
KENNETH ADEBONOJO

JURY, PROSE-NP, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01431-PLF

PICKETT v. POTTER  
Assigned to: Judge Paul L. Friedman  
Cause: 42:2003 Job Discrimination

Date Filed: 08/07/2007  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

JAMES H. PICKETT   represented by   JAMES H. PICKETT  
5302 Broadwater Court  
Temple Hills, MD 20748  
(301) 466-8993  
PRO SE

V.

**Defendant**

JOHN E. POTTER  
*Postmaster General, U.S. Postal Service*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2007 | 1 | COMPLAINT against JOHN E. POTTER ( Filing fee $ 350, receipt number 466006027) filed by JAMES H. PICKETT. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet)(td, ) (Entered: 08/08/2007) |
| 08/07/2007 |   | SUMMONS (3) Issued as to JOHN E. POTTER, U.S. Attorney and U.S. Attorney General (td, ) (Entered: 08/08/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/09/2007 10:38:06 | | | |
| PACER Login: | du6818 | Client Code: | doj |
| Description: | Docket Report | Search Criteria: | 1:07-cv-01431-PLF |
| Billable Pages: | 1 | Cost: | 0.08 |