UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. PICKETT, JR.,<br><br>              Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General<br>United States Postal Service,<br><br>              Defendant. | )<br>)  No. 1:07cv1431 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO DISMISS PURSUANT TO**
**FED. R. CIV. P. 12(b)3 & 12(b)6**

John E. Potter ("Defendant"), through undersigned counsel, respectfully moves, pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6), to dismiss this action. In support of this motion, Defendant respectfully refers the Court to the accompanying memorandum.

Dated: November 29, 2007        Respectfully submitted,

                                   /s/
                                JEFFREY A. TAYLOR, D.C. BAR # 498610

                                United States Attorney

                                   /s/
                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                Assistant United States Attorney

                                 /s/
                                KENNETH ADEBONOJO
                                Assistant United States Attorney
                                555 Fourth St., N.W.
                                Washington, D.C.  20530
                                Phone: (202) 514-7157
                                Fax: (202) 514-8780
                                kenneth.adebonojo@usdoj.gov

**Of Counsel:**

William B. Neel, Esq.
United States Postal Service

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. PICKETT, JR., ) | |
| ) | No. 1:07cv1431 (PLF) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN E. POTTER, Postmaster General ) | |
| United States Postal Service, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

John E. Potter ("Defendant"), through undersigned counsel, respectfully moves, pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6), to dismiss this action on the grounds that it is precluded under the doctrine of res judicata and it is improperly venued. This action is identical to an earlier action Plaintiff commenced in Virginia, where this action is properly venued, and that action was dismissed with prejudice.

BACKGROUND

James H. Pickett, Jr. ("Plaintiff") is a current employee of Defendant and, at all relevant times, was a mail distribution clerk assigned to the Reagan National Airport Facility in Arlington, Virginia. Plaintiff commenced this action against the United States Postal Service ("Defendant") on August 8, 2007, by filing a two-page complaint alleging that he was discriminated against because of his race, retaliation and/or reprisal. *Pl. Compl.* at 1. Specifically, Plaintiff alleges that on October 20, 2004, his Supervisor, Monique Corbett-Richardson "intentionally, knowingly falsified [his leave records] when she changed the status

of his leave by creating two new leave slips...." *Id*. "Even after Plaintiff...declined to sign the leave slips, [Ms. Corbett-Richardson] falsified the Plaintiff's leave records anyway." *Id*. These very allegations are the basis of a one-page complaint Plaintiff filed in the Eastern District of Virginia ("EDVA").[1] *Ex. A, Docket Sheet*; *Ex. B. EDVA. Compl and Amend. Compl*.

Prior to filing that action, Plaintiff filed an appeal of the Postal Service's action with the Merit Systems Protection Board ("MSPB") alleging various claims including the falsification of leave records. Plaintiff was unable to establish that the MSPB had jurisdiction and that action was dismissed without reaching the merits. The MSPB's decision became final on March 15, 2005 and notified Plaintiff that he had until sixty (60) days from that date to file an appeal of its decision in the United States Court of Appeals for the Federal Circuit. Plaintiff filed in the EDVA on October 19, 2005, well more than sixty (60) days after such appeal was due. Plaintiff's action in the EDVA was dismissed on September 26, 2006, for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). *Pickett v. Potter*, 225 Fed. Appx. 164 (4th Cir. 2007). His Motion for Reconsideration was denied on October 12, 2006 and the dismissal of his complaint was affirmed by the Fourth Circuit on April 30, 2007.

## STANDARD OF REVIEW

In *Bell Atl. Corp. v. Twombly*, plaintiffs alleged that conscious parallel conduct by telephone and high speed internet service providers constituted a violation of the Sherman Act. *Bell Atl. Corp. v. Twombly*, 127 S. Ct. 1955, 1961 (2007). The District Court granted Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) because plaintiffs' allegation

---

[1] Plaintiff alleged in that complaint that "on October 20, 2004, [Ms. Corbett-Richardson] intentionally, knowingly falsified his...leave records, when she change[d] the status of [my] leave by creating at least two new leave slips."

of conscious parallelism could be explained by defendants' "own interest in defending individual territory." *Id*. at 1963. The Supreme Court agreed, holding that plaintiffs' claim "requires a complaint with enough factual matter...to suggest that an agreement was made." *Id*. at 1965. In addressing a motion under Fed. R. Civ. P. 12(b)(6), a court must construe the factual allegations in the complaint in the light most favorable to plaintiff, but need not accept the legal conclusions or allegations without factual support in the allegations made. *Id*. The factual allegations must raise a right to relief beyond speculation. *Id*. The Court is limited to considering facts alleged in the complaint, any documents attached to or incorporated in the complaint, matters of which the court may take judicial notice, and matters of public record. *EEOC v. St. Francis Xavier Parochial Sch.*, 117 F.3d 621, 624 (D.C. Cir. 1997).[2]

## ARGUMENT

### I. THE EDVA'S DISMISSAL OF PLAINTIFF'S COMPLAINT HAS RES JUDICATA EFFECT

The dismissal of a complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6) is a dismissal on the merits with res judicata effect. *Haase v. Sessions*, 835 F.2d 902, 906 (D.C. Cir. 1987(noting that the difference between 12(b)(1) and 12(b)(6) is that the former is jurisdiction and the latter is on the merits); *Williams v. Conner*, 2007 U.S. Dist. Lexis 82764

---

[2] Generally speaking, the Court should not consider matters beyond the pleadings without converting the motion for summary judgment. Fed. R. Civ. P. 12(b)(6). Nonetheless, there are important exceptions to this general principle. The Court may properly take judicial notice of court records without converting a motion to dismiss into a motion for summary judgment. *Baker v. Henderson*, 150 F. Supp. 2d 17, 19 n.1 (D.D.C. 2001)("in determining whether a complaint fails to state a claim, the court may. . . take judicial notice of matters of a general public nature, such as court records, without converting the motion to dismiss into one for summary judgment."); *Himmelman v. MCI Communications*, 104 F. Supp. 2d 1, 3 (D.D.C. 2000)("The court may consider [on a motion to dismiss] the allegations of the complaint, documents attached to or specifically referred to in the complaint, and matters of public record.")

(D.D.C. 2007)(noting that defendant's argument that plaintiff's claim was precluded because he was a party to a class action should have been raised under Fed. R. Civ. P. 12(b)(6) because of its res judicata effect).

Application of the related doctrine of collateral estoppel "represents a decision that the needs of judicial finality and efficiency outweigh the possible gains of fairness or accuracy from continued litigation of an issue that previously has been considered by a competent tribunal." *Nasem v. Brown*, 595 F.2d 801, 806 (D.C. Cir. 1979).  Application of the doctrine thereby serves to relieve parties of the burdens attending multiple lawsuits; conserves judicial resources; minimizes the risk of forum-shopping, piecemeal litigation, and inconsistent decisions; and provides finality in the resolution of disputes.  *United States v. Mendoza*, 464 U.S. 164, 157 (1984); *Cutler v. Hayes*, 549 F. Supp. 1341, 1343 (D.D.C.); *see Hardison v. Alexander*, 655 F.2d 1281, 1288 (D.C. Cir. 1981).

This is a classic case for the need for application of the related doctrines of res judicata and collateral estoppel.  Plaintiff's claims were dismissed for failure to state a claim under Fed. R. Civ. P. 12(b)(6) by the EDVA and that decision was affirmed by the Fourth Circuit.  The principles that undergird these doctrines, namely, finality, conservation of judicial resources and avoidance of forum-shopping, all of which are threatened here, dictate that this action should be dismissed.

## II. PLAINTIFF FAILS TO ALLEGE ANY FACTS TO SUPPORT VENUE IN THIS DISTRICT

Title VII has very specific venue requirements.  It requires an action to be brought in any judicial district in the state in which the unlawful employment practice is alleged to have been committed; the judicial district in which the employment records relevant to such practice are

maintained and administered; or in the judicial district in which the aggrieved person would have worked but for the alleged unlawful practice; and, if neither of the first three apply then where the judicial district where the employer's principal office is found.  42 U.S.C. §2000e(5)(f)(3); *Watkis v. West*, 1994 U.S. App. Lexis 23731 (D.C. Cir. 1994)(finding venue in an action against the Pentagon to be in Virginia).

In his two-page complaint, Plaintiff has not pled any facts to establish that venue is properly in this District.  Moreover, because Plaintiff worked in Virginia, at Reagan National Airport, where his employment records presumably may be found, venue is only proper in the EDVA.  Therefore, Plaintiff's complaint should be dismissed for lack of venue.

## CONCLUSION

For the foregoing reasons, Plaintiff's complaint should be dismissed.

Dated: November 29, 2007          Respectfully submitted,

\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7157
Fax: (202) 514-8780
kenneth.adebonojo@usdoj.gov

**Of Counsel:**

William B. Neel, Esq.
United States Postal Service

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES H. PICKETT, JR.,**           )<br>                                                              )<br>                    **Plaintiff,**         )<br>                                                              )<br>        v.                                              )<br>                                                              )<br>**JOHN E. POTTER, Postmaster General**  )<br>**United States Postal Service,**       )<br>                                                              )<br>                    **Defendant.**       )<br>_____ ) | No. 1:07cv1431 (PLF) |

## ORDER

This matter comes before the Court on the Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). After considering the appropriate pleadings, the record herein, and applicable law, it is this \_\_\_\_ day of _____, 2007, hereby

ORDERED, the Defendant's motion is hereby GRANTED; and it is

FURTHER ORDERED, that Plaintiff's claims against the Defendant are hereby DISMISSED, with prejudice.

_____
HONORABLE PAUL L. FRIEDMAN, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2007, I caused the foregoing Motion to Dismiss to be filed *and* served upon *pro se* plaintiff by first class mail, postage prepaid, addressed to:

James H. Pickett, Jr.
5302 Broadwater Court
Temple Hill, Md
20748

_____/s/_____
KENNETH ADEBONOJO

CLOSED

# U.S. District Court
# Eastern District of Virginia (Alexandria)
# CIVIL DOCKET FOR CASE #: 1:05-cv-01210-CMH-TRJ

Pickett v. Corbett-Richardson
Assigned to: District Judge Claude M. Hilton
Referred to: Magistrate Judge Thomas Rawles Jones, Jr
Case in other court: 4th Cir., 06-02166
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 10/19/2005
Date Terminated: 09/26/2006
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**James H. Pickett, Jr.**

represented by **James H. Pickett, Jr.**
5302 Broadwater Court
Temple Hills, MD 20748
PRO SE

**Defendant**

**Supv. Monique Corbett-Richardson**
*TERMINATED: 06/21/2006*

represented by **Dennis Carl Barghaan, Jr.**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3700
Email: dennis.barghaan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John E. Potter**

represented by **Ralph Andrew Price, Jr.**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
**NA**
(703) 299-3700
Email: andrew.price@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2005 | 1 | COMPLAINT against Monique Corbett-Richardson Filing fee $250, receipt number 100 183718., filed by James H. Pickett, Jr.(ctat, ) (Entered: 10/20/2005) |
| 10/19/2005 | | Summons Issued and given to pro se pltf for service by SPS as to Monique Corbett-Richardson. (ctat, ) (Entered: 10/20/2005) |

| | | |
|---|---|---|
| 12/09/2005 | 2 | SUMMONS Returned Executed by James H. Pickett, Jr. Monique Corbett-Richardson served on 12/7/2005, answer due 12/27/2005. (kbar) (Entered: 12/12/2005) |
| 01/20/2006 | 3 | MOTION by James H. Pickett, Jr. requesting a hearing on this case. (stas) (Entered: 01/24/2006) |
| 01/23/2006 | 4 | ORDER that this case is set for a hearing on ex parte proof of damages, Set Hearings: Default Judgment Hearing set for 2/17/2006 10:00 AM before District Judge Claude M. Hilton. Signed by Judge Claude M. Hilton on 01/23/06. Copies mailed.(kbar ) (Entered: 01/25/2006) |
| 01/23/2006 | | Set Hearing: Default Judgment Hearing set for 2/17/2006 at 10:00 AM before Magistrate Judge Thomas Rawles Jones Jr. (stas) (Entered: 02/10/2006) |
| 02/17/2006 | | Minute Entry for proceedings held before Judge Thomas Rawles Jones Jr.: Docket Call held on 2/17/2006. (Tape #FTR.) Matter came on for default hearing - matter called, no appearance, and matter taken off docket. (dtro, ) (Entered: 02/22/2006) |
| 02/24/2006 | 5 | REPORT AND RECOMMENDATIONS Objections to R&R due by 3/10/2006. Signed by Judge Thomas Rawles Jones Jr. on 2/24/06. Copy mailed.(nmck, ) (Entered: 02/24/2006) |
| 02/28/2006 | 6 | Objection to to [5] REPORT AND RECOMMENDATIONS re [1] Complaint filed by James H. Pickett, Jr. filed by James H. Pickett, Jr. (kbar) (Entered: 03/01/2006) |
| 03/07/2006 | 7 | NOTICE of Appearance by Dennis Carl Barghaan, Jr on behalf of Monique Corbett-Richardson (kbar) (Entered: 03/07/2006) |
| 03/07/2006 | 8 | MOTION to Set Aside entry of Default by Monique Corbett-Richardson (clar, ) (Entered: 03/08/2006) |
| 03/07/2006 | 9 | Opposition to entry of default judgment filed by Monique Corbett-Richardson (clar, ) (Entered: 03/08/2006) |
| 03/07/2006 | 10 | NOTICE of Hearing on Motion [8] MOTION to Set Aside entry of Default: Motion Hearing set for 3/17/2006 10:00 AM before Magistrate Judge Thomas Rawles Jones Jr. (clar, ) (Entered: 03/08/2006) |
| 03/14/2006 | 11 | Memorandum and request for subpoenas filed by James H. Pickett, Jr. (clar, ) (Entered: 03/14/2006) |
| 03/17/2006 | | Minute Entry for proceedings held before Judge Thomas Rawles Jones Jr.: Motion Hearing held on 3/17/2006 re [8] MOTION to Set Aside Default filed by Monique Corbett-Richardson,. (Tape #FTR.)Appearance of Counsel. Matter called, argued and motion granted.Order to be entered. (dtro, ) (Entered: 03/17/2006) |
| 03/17/2006 | 12 | ORDERED, for the reasons stated from the bench, granting [8] Motion to Set Aside Default. U.S. is deemed to have accepted service of the complaint on 3/17/06, and R & R filed on 2/24/06 is withdrawn. Copies |

| | | |
|---|---|---|
| | | sent. Signed by Judge Thomas Rawles Jones Jr. on 03/17/06. (dtro, ) (Entered: 03/17/2006) |
| 03/20/2006 | 13 | NOTICE to the court regarding acceptance of service by Monique Corbett-Richardson (kbar) (Entered: 03/20/2006) |
| 04/20/2006 | 14 | MOTION to reconsider granting permission to serve subpoenas by James H. Pickett, Jr. (kbar ) (Entered: 04/20/2006) |
| 04/21/2006 | 15 | SCHEDULING ORDER: Initial Pretrial Conference set for 5/3/2006 10:00 AM before Magistrate Judge Thomas Rawles Jones Jr. Final Pretrial Conference set for 8/17/2006 10:00 AM before District Judge Claude M. Hilton. Discovery due by 8/11/2006. Signed by Judge Claude M. Hilton on 04/21/06. Copies mailed.(kbar ) (Entered: 04/24/2006) |
| 05/01/2006 | 16 | Report and Discovery Plan by Monique Corbett-Richardson.(kbar ) (Entered: 05/01/2006) |
| 05/01/2006 | 17 | MOTION to deny defendant's report and discovery plan by James H. Pickett, Jr. (kbar ) (Entered: 05/01/2006) |
| 05/02/2006 | 18 | REPORT and Discovery Plan by James H. Pickett, Jr.(kbar) (Entered: 05/02/2006) |
| 05/03/2006 | | Minute Entry for proceedings held before Judge Thomas Rawles Jones Jr.: Initial Pretrial Conference held on 5/3/2006. (Tape #FTR.) Appearance of pltf. prose, and counsel for defendant. Matter called, court to enter R16 order. (dtro, ) (Entered: 05/03/2006) |
| 05/03/2006 | 19 | SCHEDULING ORDER: the R26(f) report filed by the parties is approved and shall contrl discovery to the extent of its application unless modified by the court - see order for details. Signed by Judge Thomas Rawles Jones Jr. on 05/03/2006. (dtro, ) (Entered: 05/05/2006) |
| 05/10/2006 | 20 | Memorandum to the court filed by James H. Pickett, Jr. (kbar ) (Entered: 05/10/2006) |
| 05/11/2006 | 21 | MOTION to Dismiss by Monique Corbett-Richardson. (kbar ) (Entered: 05/12/2006) |
| 05/11/2006 | 22 | MOTION for Summary Judgment by Monique Corbett-Richardson. (kbar ) (Entered: 05/12/2006) |
| 05/11/2006 | 23 | Memorandum in Support re [22] MOTION for Summary Judgment, [21] MOTION to Dismiss filed by Monique Corbett-Richardson. (kbar ) (Entered: 05/12/2006) |
| 05/11/2006 | 24 | NOTICE of Hearing on Motion [21] MOTION to Dismiss, [22] MOTION for Summary Judgment: Motion Hearing set for 6/9/2006 10:00 AM before District Judge Claude M. Hilton. (kbar ) (Entered: 05/12/2006) |
| 05/26/2006 | 25 | MOTION to Quash defendant's motion to dismiss by Monique Corbett-Richardson. (kbar ) (Entered: 05/30/2006) |
| | | |

| | | |
|---|---|---|
| 05/26/2006 | 26 | MOTION for Summary Judgment by James H. Pickett, Jr. (kbar ) (Entered: 05/30/2006) |
| 06/06/2006 | 27 | Opposition to [25] MOTION to Quash defendant's motion to dismiss filed by Monique Corbett-Richardson. (jwhe, ) (Entered: 06/06/2006) |
| 06/06/2006 | 28 | Opposition to [26] MOTION for Summary Judgment filed by Monique Corbett-Richardson. (jwhe, ) (Entered: 06/06/2006) |
| 06/08/2006 | | Per CMH chambers motions set for 6/9/06 on papers (clar, ) (Entered: 06/08/2006) |
| 06/08/2006 | 29 | REPLY to Response to Motion of [26] MOTION for Summary Judgment, [25] MOTION to Quash defendant's motion to dismiss filed by James H. Pickett, Jr. (clar, ) (Entered: 06/08/2006) |
| 06/09/2006 | 30 | ORDER granting [21] Motion to Dismiss, denying [26] Motion for Summary Judgment at this time, and Plaintiff shall have 14 days within to file an amended complaint . Signed by Judge Claude M. Hilton on 06/09/06. Copies mailed. (kbar) (Entered: 06/09/2006) |
| 06/21/2006 | 31 | AMENDED COMPLAINT against John E. Potter , filed by James H. Pickett, Jr.(kbar ) (Entered: 06/21/2006) |
| 06/21/2006 | | Summons Issued as to John E. Potter, Chuck Rosenberg, U.S. Attorney, and Alberto Gonzalez, U.S. Attorny General to served by certified mail. (kbar ) (Entered: 06/21/2006) |
| 07/05/2006 | 32 | Certificate of Reporting Service by John E. Potter. John E. Potter served on 6/21/2006, answer due 8/21/2006. (stas) (Entered: 07/07/2006) |
| 08/21/2006 | 33 | MOTION to Dismiss by John E. Potter (clar, ) (Entered: 08/23/2006) |
| 08/21/2006 | 34 | Memorandum of law in Support of [33] MOTION to Dismiss filed by John E. Potter. (clar, ) (Entered: 08/23/2006) |
| 08/21/2006 | 35 | NOTICE of Hearing on Motion [33] MOTION to Dismiss: Motion Hearing set for 9/22/2006 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 08/23/2006) |
| 09/08/2006 | 36 | MOTION to Quash defendant's motion to dismiss by James H. Pickett, Jr. (kbar) (Entered: 09/11/2006) |
| 09/08/2006 | 37 | Memorandum in Support re [36] MOTION to Quash defendant's motion to dismiss by James H. Pickett, Jr. filed by James H. Pickett, Jr. (kbar ) (Entered: 09/11/2006) |
| 09/18/2006 | 38 | Reply memorandum in Support of his [33] MOTION to Dismiss filed by John E. Potter. (clar, ) (Entered: 09/19/2006) |
| 09/20/2006 | 39 | Reply memorandum in Support of [36] MOTION to Quash defendant's motion to dismiss filed by James H. Pickett, Jr. (large pleading) (clar, ) (Entered: 09/20/2006) |
| 09/21/2006 | | Per CMH chambers motions set for 9/22/06 on papers (clar, ) (Entered: |

| | | 09/21/2006) |
|---|---|---|
| 09/26/2006 | 40 | ORDER granting [33] MOTION to Dismiss by John E. Potter and this case is dismissed. Signed by Judge Claude M. Hilton on 09/26/07. Copies mailed. (kbar) (Entered: 09/28/2006) |
| 10/12/2006 | 41 | MOTION for Reconsideration by James H. Pickett, Jr. re [40] ORDER granting [33] MOTION to Dismiss by John E. Potter and this case is dismissed. Signed by Judge Claude M. Hilton on 09/26/07 (kbar) (Entered: 10/13/2006) |
| 10/25/2006 | 43 | NOTICE OF APPEAL as to [40] Order on Motion to Dismiss dated 9/26/06 by James H. Pickett, Jr. Filing fee $ 455, receipt number 100 191126. Copy sent to USCA. Copy sent to parties. (pltf has the wrong date listed in his notice of appeal, the date should be 9/26/06) (nmck, ) (Entered: 10/27/2006) |
| 10/26/2006 | 42 | Opposition filed by John E. Potter re [41] MOTION for Reconsideration by James H. Pickett, Jr. re [40] ORDER granting [33] MOTION to Dismiss by John E. Potter and this case is dismissed. Signed by Judge Claude M. Hilton on 09/26/07. (kbar) (Entered: 10/26/2006) |
| 10/26/2006 | 44 | AMENDED NOTICE OF APPEAL as to [40] Order on Motion to Dismiss dated 9/26/06 by James H. Pickett, Jr.. Copy sent to USCA. Copy sent to parties. (nmck, ) (Entered: 10/27/2006) |
| 11/06/2006 | | USCA Case Number 06-2166 4th Cir., case manager Pamela Stump for [43] Notice of Appeal, filed by James H. Pickett, Jr.. (nmck, ) (Entered: 11/07/2006) |
| 11/30/2006 | | Certified and Transmitted Record on Appeal to US Court of Appeals re [43] Notice of Appeal,, [44] Notice of Appeal in 2 volumes. (nmck, ) (Entered: 11/30/2006) |
| 03/29/2007 | 45 | ORDER denying [41] MOTION for Reconsideration by James H. Pickett, Jr. re [40] ORDER granting [33] MOTION to Dismiss by John E. Potter and this case is dismissed. Signed by Judge Claude M. Hilton on 03/29/06. Copies mailed. (kbar) (Entered: 03/30/2007) |
| 05/01/2007 | 46 | Opinion of USCA (Copy) re [44] Notice of Appeal, Affirmed, attached copy of judgment will not take effect until issuance of the mandate. (bhav, ) (Entered: 05/04/2007) |
| 06/25/2007 | 47 | USCA JUDGMENT as to [43] Notice of Appeal filed by James H. Pickett, Jr. and [44] Amended Notice of Appeal filed by James H. Pickett, Jr. in accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate. (mandate issued) (stas) (Entered: 06/25/2007) |
| 06/25/2007 | | Appeal Record Returned from the USCA in 2 volumes Re: [43] Notice of Appeal and [44] Amended Notice of Appeal (stas) (Entered: 06/25/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/14/2007 13:22:26 | | | |
| PACER Login: | du6818 | Client Code: | doj |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01210-CMH-TRJ |
| Billable Pages: | 3 | Cost: | 0.24 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

James H. Pickett, Jr.
PLAINTIFF

V.

CIVIL ACTION NO.
1:05cv1210
CMH/TRJ

Supv. Monique Corbett-Richardson
DEFENDANT

## COMPLAINT

PLAINTIFF, James H. Pickett, Jr. states that on October 29, 2004, he was discriminated against in violation of title seven of the Civil Rights Act of 1964 because of his race and reprisal. PLAINTIFF, James H. Pickett Jr. also states that on October 29, 2004, Supervisor Monique Corbett-Richardson intentionally, knowingly falsified his US Postal Service Leave Record, when she changed the status of his leave by creating at least two new leave slips. Even after plaintiff declined to sign leave slips (3971-PS forms) ... Ms. Monique Corbett-Richardson falsified the plaintiff's leave record anyway. See attached case 90 J. F. 2d 136 ... Leilani Beverly vs US Postal

PLAINTIFF ALSO CLAIMS THAT SUPERVISOR MONIQUE CORBOX-RICHARDS ON H.S COST HIM THOUSAND$ IN LOST WAGES ETC.

I AFFIRM UNDER THE PENALTY OF

PERJURY THAT THE FOR GOING IS

TRUE TO THE BEST OF MY KNOWLEDGE.

*[signature]*
5302 BROADWATER COURT
TEMPLE HILLS, MD 20748
James H. Pinorde
10-19-05
301 806-6541

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED

2006 JUN 21  A 11: 42

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

James H. Pickett, Jr.
Plaintiff
   V.

John E. Potter
Defendant

CASE NUMBER: 105CV1210

Ammended COMPLAINT

PLAINTIFF, JAMES H. PICKETT, JR. states that on October 20, 2004, he was discriminated against in violation of title seven of the civil rights act of 1964 because of his race and reprisal.

PLAINTIFF, JAMES H. PICKETT, JR. also states that on October 20, 2004, Supervisor Monique Corbett-Richardson intentionally, knowingly falsified his U S Postal Service Leave Record, when she changed the status of his leave by creating at least two new leave slips. Even after Plaintiff declined to sign leave slips (3971-PS Forms).... Ms. Monique Corbett-Richardson falsified the Plaintiff's leave record anyway. See attatched case 907 F.2d 136....Leilani Beverly vs U S Postal Service. Plaintiff also claims that Supervisor Monique Corbett-Richardson has cost him thousands in lost wages, etc.

I affirm under the penalty of perjury that the foregoing is true to the best of my knowledge.

*[signature]*

5302 Broadwater Court
Temple Hills, Md. 20748
James H. Pickett, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true copy of the foregoing was mailed to the defendant and Assistant United States Attorneys by first class mail addressed to:

Date: 6-21-06

Monique Corbett-Richardson
418 Trefoil Place
Waldorf, Maryland

Attorney Dennis C. Barghaan, Jr.
Attorney Ralph Andrew Price, Jr.
2100 Jamieson Street
Alexandria, Virginia 22314

Thank You,

James H. Bickett, Jr. - Plaintiff
5302 Broadwater Court
Temple hills, Maryland 20748