UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES H. PICKETT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-1431 (PLF) |
| JOHN E. POTTER, United States Postmaster General, | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on defendant's motion to dismiss. Plaintiff is proceeding *pro se* in this matter. Because defendant's motion potentially could dispose of this case, the Court will advise the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992). In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.

Accordingly, the Court wishes to advise plaintiff that he must respond to defendant's motion to dismiss **on or before January 15, 2008**. If plaintiff does not respond, the Court will treat the motion as conceded and dismiss the complaint.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  December 21, 2007