UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. PICKETT, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) No. 1:07cv1431 (PLF) |
| JOHN E. POTTER, Postmaster General United States Postal Service, | ) ) ) |
| Defendant. | ) ) ) |

**REPLY BRIEF IN RESPONSE TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS**

James H. Pickett, Jr. ("Plaintiff") , a current employee of the United States Postal Service ("Defendant"), commenced this action on August 8, 2007, alleging discrimination based on race, retaliation and/or reprisal. *Pl. Compl*. at 1. Specifically, Plaintiff alleges that his Supervisor, Monique Corbett-Richardson "intentionally, knowingly falsified [his leave records] when she changed the status of his leave by creating two new leave slips...." *Id*. Previously, Plaintiff filed a complaint in the Eastern District of Virginia ("EDVA") making the same claims,[1] which were dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). *Pickett v. Potter*, 225 Fed. Appx. 164 (4th Cir. 2007). Defendant moved to dismiss Plaintiff's complaint on res judicata and venue grounds. In his opposition, Plaintiff proffers that res judicata does not apply because (1) he was not permitted to amend his complaint to state a cause of action under the "Civil Rights Act of 1991."; (2) Reagan National Airport, Virginia, where he worked, has a District of Columbia zip code therefore venue is proper here; and (3) that the individual whose actions

---

[1] Plaintiff alleged in that complaint that "on October 20, 2004, [Ms. Corbett-Richardson] intentionally, knowingly falsified his...leave records, when she change[d] the status of [my] leave by creating at least two new leave slips."

about which he complained has since been demoted. None of these arguments precludes dismissal.

Under the doctrine of res judicata, or claim preclusion, a subsequent lawsuit will be barred if there has been prior litigation (1) involving the same claims or cause of action, (2) between the same parties or their privies, and (3) there has been a final, valid judgment on the merits, (4) by a court of competent jurisdiction. *Carter v. United States Dep't of Navy*, 2007 U.S. App. Lexis 28327, *5 (affirming the District Court's holding that any claims that were or could have been brought in the plaintiff's earlier complaint before the Court of Federal Claims are precluded by the doctrine of res judicata). Here, res judicata applies because Plaintiff's claims involve the same allegations against Ms. Corbett-Richardson; between the same parties; and the EDVA, a court of competent jurisdiction, issued a final judgment on the merits. Moreover, Plaintiff was not precluded from bringing any claims under the "Civil Rights Act of 1991," in his previous action. To the contrary, Plaintiff was permitted to amend his complaint. *See Ex*. A, *Ex*. B attached to Defendant's Motion to Dismiss.

Plaintiff's other claims equally lack merit. The fact that Reagan National Airport has a Washington, D.C. address is irrelevant because the Airport is physically located in Virginia. *Cf. Dehaemers v. Wynne*, 2007 WL 4208780, *3 (D.D.C.)(noting that defendant had not waived the argument that actions that took place at the Pentagon, which has a District of Columbia address, were not properly venued); *Donnell v. Nat. Guard Bur.*, 568 F.Supp. 93 (D.D.C. 1983). Finally, the fact that Plaintiff alleges that Ms. Corbett-Richardson's demotion is a new development does not affect Defendant's res judicata or venue arguments, each of which establishes an independent ground for dismissal.

Dated: January 29, 2008  Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7157
Fax: (202) 514-8780
kenneth.adebonojo@usdoj.gov


**Of Counsel:**

William B. Neel, Esq.
United States Postal Service

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of January, 2008, I caused the foregoing Reply Brief to Plaintiff's Opposition to Defendant's Motion to Dismiss to be filed *and* served upon *pro se* plaintiff by first class mail, postage prepaid, addressed to:

James H. Pickett, Jr.
5302 Broadwater Court
Temple Hill, Md
20748

                                                      _/s/_____
                                                          KENNETH ADEBONOJO