CLERK
US DISTRICT &
BANKRUPTCY COURTS

2008 APR 21 PM 1:07

RECEIVED

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES H. PICKETT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case: 1:07-cv-01431 |
| JOHN E. POTTER, Postmaster General ) | Assigned To : Friedman, Paul L. |
| United States Postal Service, ) | Assign. Date : 8/7/2007 |
| ) | Description: Employ. Discrim. |
| Defendant. ) | |

## PLAINTIFF'S MEMORANDUM TO THE COURT

Comes now the Plaintiff, James H. Picke-t, Jr., Pro Se, before this Honorable Court and Honorable Judge Paul L. Friedman and states as follows:

1.) Since filing this action in the above referenced case, I, James H. Pickett, Jr., has been the target of some really serious and dangerous acts and actions of reprisals and retaliation.

2.) Within the past three months, I have had at least four tires flatened on my van. On one occasion, while at work on the parking lot located at 900 Brentwood Road, N. E., D. C., as I pulled out of a parking space rtght in front of the security booth, I could hear the two screws in my back tires, go "Click-Click-Click". I stopped and could see that my two rear tires had pressed the screws almost completely into the "air zone". ( For the record, I did not pull the screws out because I did not have two spare tires and it was about 2:00 A. M. .)

3.) I, James H. Pickett, Jr., would also like to inform the Court of a growing danger, of even more of a hostile work enviroment that is being created by the U. S. Postal Service management by "Pitting" employees against each other as noted in the attached statement dated April 11, 2008 and cites an October 27, 2007 chain of events, etc.. (Please see the attached statements from recently filed Union grievances.)

4.) The Plaintiff prays that the Court and Most Honorable Judge Paul L. Friedman will

take note of this 'Plaintiff's Memorandum To The Court' and do any and everything possible to help put an end to the ever growing more dangerous "Hostile Work Enviroment" that I am being subjected to each of my days at work.

I, James H. Pickett, Jr., the Plaintiff affirm under the penalty of perjury that the foregoing is true to the best of my information and knowledge.

                                                Respectfully Submitted,

                                                James H. Pickett, Jr. - Pro Se

                                                5302 Broadwater Court

                                                Temple Hills, Maryland  20748
                                                (301) 351-9232

To Whom it May Concern:

On today, April 10, 2008, at approximately 11:30 P.M., Supervisor Herman Lewis informed me that I would be staying for overtime tonight. I then told Supervisor Lewis that I was requesting to be excused for overtime tonight and told him that he could go to the next person or the next list, etc.. Supervisor Lewis told me that he needed a "Leave Slip", and I filled out a triple copy PS FORM 3971 ("LEAVE SLIP"). At 11:45 P. M., I gave Supervisor Herman Lewis the triple copy "LeaveSlip" and requested that he give me a notified copy back, Supervisor Lewis said no, "go back to your assignment", I requested a shop steward and went back to flat case numbered 481 thru 708.

I now file this grievance on Supervisor Herman Lewis because he failed to notify my leave slips that were submitted in triplicate as per contract. I also file this grievance because Supervisor Lewis did not allow me to see a Shop Steward, eventhough I had been requesting a Shop steward for more than ten days, for an incident that Supervisor Cypress did on Friday, March 29, 2008 at approximately 1:15 A. M..

As a resolution to this grievance, I am requesting that Supervisor Herman Lewis cease any and all further acts and action of retaliation, abide by the contract and notify me leave slips when I present one in triplicate as per the contract. I also am requesting that Supervisor Lewis and Supervisor Cypress be given anger management classes in order to better their human Relations Skills, etc. ..And lat but not least, I am requesting that Supervisor Lewis page one of the several Shop Stewards that are in the building almost daily, etc..

I also request that the two Supervisors refernced above and other "NON-ABIDING BY CONTRACT MANAGERS", show no further acts and actions of retaliation and / or reprisal due to my filing this grievance.......

                              Sincerely Yours,    *[signature]*

                              James H. Pickett, Jr. - APWU MEMBER
                              ......8707     -     Pay Location ???
                              April 11, 2008

To Whom It May Concern,

On October 27, 2007, I started a new bid assignment in the "Manual Letters / Flats" operation. I now file this grievance and / or complaint on Supervisor Herman Lewis for not allowing me to work my bid assignment, allowing several other non bid employees and junior non bid employees to learn and work my bid assignment, etc...I also file this grievance on Supervisor Herman Lewis and Supervisor Cypress and other previous named "side line Non-Abiding By The Contract" Managers for creating a very Hostile work enviroment which has cost me four flat tires, "cursed out by at leats one employee of non color", and to be approached by another employee, stating that Supervisor Cypress told them that I said that they were non bid and was required to be assigned to the priority belt assignment, before me, etc...just to name a few. For the record, I am a Honorably Discharged Military Veteran whom has laid his LIFE on the line in service and as a protector of the very right that I am now fighting for. I am a THIRTY YEAR, almost Eleven month Postal Employee. On numerous occasions I have tried to uplift USPS. As a resolution to this grievance, and / or complaint, I am requesting a current Pay Location number for the "Manual Bid Assignment" that I have held now since October 27, 2007, almost six months. I am requesting equal time of now almost six months on the letter side of the "Manual" operation and then witness along with all the other Tour One and Tour three Employees a POSTED LIST showing fair and equal "ROTATION OF ASSIGN-MENTS"....which will be a true demonstration of "EQUAL EMPLOYMENT OPPOR-TUNITY" (EEO). "This is not because I said so....Its because EEO Laws say so." I am also requesting to be made whole for any further damages and or losses due to the cycle of events that are "Management Created AND Allowed"...almost daily...-.etc. As a further resolution to this

-2-

grievance and/or complaint, I ask that all "Non Abiding By The Contract" managers, show no further acts and actions of reprisal and / or retaliation due to my filing this grievance and / or complaint, etc..

Sincerely Yours,

*[signature]*

James H. Pickett, Jr.  -  APWU MEMBER

......8707   -   Pay Location ???

April 11, 2008

On March 29, 2008, at approximately 1:15 A. M., Supervisor Cypress instructed me to load some trays of letters onto several co-workers cases, and as he put it, quote "It will be better for you than if I do it", unqoute. At that point as I began loading the letter trays as instructed, reminded Supervisor Cypress that he was just trying to retaliate by having me move from my letter case and load my co workers ledges, because of a very recent grievance that I had filed on him for pulling mail containers and loading mail on employees cases on the flats side. I also requested a shop steward from Supervisor Cypress, which I never got. For the record, I requested a shop steward at least three times within a half hour.

I now file this grievance on Supervisor Cypress for retaliation.

I also file this grievance because Supervisor Cypress has yet to get me a shop steward.

I also file this grivance and request one hour of time in pay for using my off duty time to write this grievance.

As a resolution to this grievance, I ask that Supervisor Cypress be given some "Anger Management Classes", to help him to control his urges to retaliate. I also ask for this training to help Supervisor Cypress, improve his "Human Relations Skills", etc..

I also ask that I be given a shop steward, when requeted and that since I have not been even up to this April 12, 2008, date and ask that this grievance be deemed timely, etc..

I also ask that Supervisor Cypress use his ledge loaders that he has in past and cease any and all further acts and actions of retaliation towards me, etc..

Sincerely,

James H. Pickett, Jr. - APWU Member
Pay Location  ???        ...8707

April 12, 2008

On thursday, April 11, 2008, Supervisor Herman Lewis returned the leave slips (sumitted earlier on April 10, 2008 at 11:45 P. M., also submitted in triplicate) that I had given Supervisor Lewis and asked for his notification, etc., to which he replied, no, go back to your assignment. I then requested a Shop Steward and went back to flat case numbered 481 thru 708, as instructed.

I now file this grievance on Supervisor Herman Lewis for intentionally making my copies that he returned to me one hour and forty-five minutes later, unreadable. For the record, I say intentionally unreadable because even after I requested to see and/or get a xerox copy of the original leave slip, he refused. (PLEASE SEE ATTATCHED COPIES)

As a resolution to this grievance, I am requesting that Supervisor Herman lewis be given some "Anger Management Clases" in order to help him get over his "flashbacks" of when I was a Shop Steward and filed numerous grievances on his contractual violations, discriminatory practices, etc..
I also ask for these "Anger Management Classes" in hopes that they will help Supervisor Herman Lewis develope better 'Human Relations Skills', etc..
Also, as further resolution to this grievance, I am asking for a xerox copy as well as view in the presence of an APWU shop steward, the leave slip dated 4-10-08, submitted at 11:45 P. M. .

I also ask that all future leave slips submitted to Supervisor Herman Lewis, be given back with an additional xerox of the original top copy, etc.. Also I am asking that Supervisor Herman Lewis immediately start abiding by the "Contract" and immediately cease any and all further acts and actions of retaliation and / or reprisal due to my filing this and other grievances and / or complaints, etc..

Sincerely,

James H. Pickett, Jr. - APWU Member
Pay Location ???         ...8708

**UNITED STATES POSTAL SERVICE** — **Request for or Notification of Absence**

- Employee's Name (Last, First, M.I.): PICKETT JR. JAMES H.
- Social Security No.: ---8707
- Date Submitted: 4-10-08
- No. of Hours Requested: EXCUSED
- Installation: CURSEEN/MORRIS P&DC
- N/S Day: T/W
- Pay Loc. #: 2
- From Date / Hour: 4-11-08 2:AM
- Time of Call or Request: 11:45 PM
- Scheduled Reporting Time: 5:30 PM
- Thru Date / Hour: 4-11-08 4 AM
- Type of Absence: ☑ Other — EXCUSED (Late)
- Revised Schedule for (Date): FOR TODAY
- Begin Work: I AM
- Lunch-Out: REQUESTING
- Lunch-In: TO BE EXCUSED
- End Work: TO PRESENT COURT CASES
- Total Hours: PICKETT VS POTTER
- Remarks: DUE TO TIME NEEDED FOR TWO PR[...]
- Employee's Signature and Date: 4-10-08
- ☐ Approved, not FMLA  ☐ Approved, FMLA  ☐ Approved FMLA, Pending Documentation Noted on Reverse
- ☐ Disapproved (Give reason): [illegible]
- ☐ Ineligible for FMLA (Estimate eligibility date): [illegible]

PS Form 3971, April 2001 (Page 1 of 2)

Warning: The furnishing of false information on this form may result in a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

**UNITED STATES POSTAL SERVICE** — **Request for or Notification of Absence**

- Employee's Name: PICKETT JR. JAMES H.
- Social Security No.: ---8707
- Date Submitted: 4-10-08
- No. of Hours Requested: EXCUSED
- Installation: CURSEEN/MORRIS P&DC
- N/S Day: T/W
- Pay Loc. #: 2
- From Date / Hour: 4-11-08 2:AM
- Time of Call or Request: 11:45 PM
- Scheduled Reporting Time: 5:30 PM
- Thru Date / Hour: 4-11-08 4 AM
- Type of Absence: ☑ Other — EXCUSED (Late)
- Revised Schedule for (Date): FOR TODAY
- Begin Work: I AM
- Lunch-Out: REQUESTING
- Lunch-In: TO BE EXCUSED
- End Work: TO PRESENT COURT CASES
- Total Hours: PICKETT VS POTTER
- Remarks: DUE TO TIME NEEDED FOR TWO PR[...]
- Employee's Signature and Date: 4-10-08
- ☑ Disapproved (Give reason): _____

PS Form 3971, April 2001 (Page 1 of 2)

Warning: The furnishing of false information on this form may result in a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

On March 24, 2008, at approximately 10:15pm, I submitted a PS Form 3971 in "Triple" copy to Supervisor Herman Lewis. At that time I asked Supv. Lewis to notify the leave slip and give me the 3rd copy. Mr. Lewis not only did not notify the leave slips dated (Mon. March 24, 2008). He did not return the leave slip back to me until today (Thurs. March 27, 2008) even though I asked Supv. Lewis twice for a notified copy on (March 24, 2008). He intentionally left the date of his signature off. Please see copy of PS Form 3971 (Dated March 24, 2008). In addition, at that time, Supv. Lewis also refused to notify my (3) Triple Slips submitted to him on March 21, requesting to be excused from overtime, etc.

I now file this grievance to make these incidents with Supv. Herman Lewis known. For the Record on March 21, 2008, I did talk to Manager Vick and Supv. Cypress as to a resolution of this grievance. I asked that Supv. Herman Lewis abide by the Contract (Notify & Immediately return the 3rd copy of the Triple submitted slips). I also asked that Supv. Herman Lewis cease any and all further acts and actions of reprisal and retaliations, due to my filing past and present complaints and / or grievances against Him or Other Managers, etc.

James H. Pickett Jr.

*/signature/*

Pay Location?
8707

On Monday, March 24, 2008, after Supv. Herman Lewis refused to sign or notify my "Triple" page leave slip ( As Per Contract, submitted leave slips in Triplicate). I requested a Union Shop Steward, the time was about 01:50am. (10min. before 2:00am). Overtime is usually called around 01:30am.

I now file this grievance because Supv. Herman Lewis made no attempt to inquire for a Union Shop Steward until 09:30pm. on Thursday March 27, 2008 (About 4 hrs. after my request again on Thurs. March 27, 2008).

In other words, Supv. Lewis, (Supv. Manual Operation 170 – 150) made no honest attempt to secure a Union Steward in a reasonable time, etc.

As a resolution to this grievance, I ask that Supervisor Herman Lewis cease any and all further acts and actions of retaliation and / or reprisal due to my past and present complaints/ grievances on Him, etc.

I also ask that Supervisor Herman Lewis abide by the Contract, and not deny Me a Union Shop Steward, when one is requested due to an unresolved leave or contractual issue, etc. . . .

James H. Pickett Jr.

*[signature]*

Pay Location?
8707

February 28, 2008

    On Sunday February 24, 2008, after midnight 2/25/2008, I observed Supervisor Cypress (on at least two seperate occasions) pulling at least two APC's of flat mail (one APC at a time) in the manual operation. I also observed supervisor Cypress dumping mail on the ledges and also into some flat trays already on the ledge.

    When Supervisor Cypress put mail on my case or ledge, I again informed supervisor Cypress that he was in violation of the "contract", doing bargaining unit work. I also informed Supervisor Cypress that this was not the first time that he had been so informed of this contractual violation. Supervisor Cypress's reply was "Just be quiet and stick some mail". I then requested a Union Steward from Supervisor Cypress, who just walked away. I saw Supervisor H. Lewis at the manual operations "podium" desk and asked him for a Union Steward. It was about 1:20 am, my tour ended at 2:00 am.

    I now file this grievance on Supervisor Cypress because he simply does not have any respect for the Contract's bargaining unit's work restriction as well as other parts of the contract. I now file this grievance in hopes that supervisor Cypress will receive more than a "Just don't do it again", as he has boasted that's all Management will say. I now file this grievance in hopes that it will illustrate to supervisor Cypress that doing craft employees' jobs is against the contractual agreement and will eventually carry possible high cost to the U.S. Postal Service. As a resolution to this Grievance, I ask that Supervisor Cypress be instructed that he must cease all bargaining unit work immediately, cease any and all acts of reprisal and retaliation due to the filing of this grievance. As a further resolution to this grievance, I ask that management pay all the impacted craft employees that are denied work time due to Mr. Cypress's actions of knowingly and intentionally violating the Collective Bargaining Agreement, aka "The Contract". I ask that all impacted craft employees be compensated with overtime.

    I ask that management show no further retaliation due to the filing of this Grievance.

Ms Mercer was one of several clerks who overheard my exchange with Supervisor Cypress.

*[signature]*

PL-?

8707

James H. Pickett, Jr.



# GRIEVANCE RESOLUTION -- STEP 1

**GRIEVANT:** James H. Pickett Jr.          **GRIEVANCE # CR0-03-08**

**SUBJECT:** Denial Union Representation (Article 17)

It is mutually agreed to resolve the grievance at Step 1 in the
following manner:

A Union Steward / Employee will be released within two (2) hours of his / her request. If this condition cannot be met, the supervisor will notify the steward / employee of the reasons for the delay. Normally the steward / employee will be released before the end of the tour. However, if the steward / employee is not released within that time frame, the steward / employee must be released immediately upon the beginning of his / her next tour of duty.

Management will abide by the Contract and cease any and all further acts and actions of retaliation and / or reprisal due to Mr. Pickett's past and present complaints / grievances.

APWU OFFICIAL: _____   USPS OFFICIAL: _____

DATE: April 09, 2008              DATE: 9 APR 08

## ARTICLE 30
## ITEM 11

### DETERMINATION OF THE DATE AND MEANS OF NOTIFYING EMPLOYEES OF THE BEGINNING OF THE NEW LEAVE YEAR.

No later than November 1, notice of the beginning of the leave year shall be posted on bulletin boards throughout the installation, stations and branches and all other postal units, publicizing the beginning of the leave year.


## ARTICLE 30
## ITEM 12

### THE PROCEDURES FOR SUBMISSION OF APPLICATIONS FOR ANNUAL LEAVE DURING OTHER THAN THE CHOICE VACATION PERIOD.

Annual leave may be requested on Form 3971 in triplicate. The Supervisor will return one copy indicating notified, at the time of submission.

## CERTIFICATE OF SERVICE

I hereby certify that on this  21st  day of April, 2008, that a copy of the foregoing Plaintiff's Memorandum To The Court was served upon the parties listed below by first class mail, postage prepaid.

Michael Mukasey
Attorney General Of The United States
950 Pennsylvania Avenue, N. W.
Room 4400
Washington, D. C. 20530-0001

Jeffrey A. Taylor- United States Attorney
Rudolph Contreras - Assistant United States Attorney
Kenneth Adebonojo _ Assistant United States Attorney
555 — 4th Street, N. W.
Washington, D. C. 20530

John E. Potter
Postmaster General Of The United States
U. S. Postal Servive Headquarters
475 L'Enfant Plaza, S. W.
Washington, D. C. 20260

Respectfully Submitted,

James H. Pickett, Jr.- Pro Se
5302 Broadwater Court
Temple Hills, Maryland 20748
(301) 351-9232   Please Note New Number