UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JAMES H. PICKETT, JR.,              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )   Civil Action No. 07-1431(PLF)
JOHN E. POTTER, Postmaster General, )
United States Postal Service,       )
                                    )
        Defendant.                  )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss for improper venue [5] is GRANTED; and it is

FURTHER ORDERED that this civil action is DISMISSED without prejudice. The Clerk of the Court shall remove this case from the docket of this Court.

SO ORDERED.

                                        _____/s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: July 3, 2008