UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES H. PICKETT, JR.,

                    Plaintiff

vs.                                    Civil Action No. 1:07cv1431 (PLF)

JOHN E. POTTER, Postmaster General
United States Postal Service,

                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this 1st day of August, 2008, that PLAINTIFF, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 3rd day of July, 2008 in favor of **Defendant** against said **Plaintiff**

*James H. Pickett Jr.*
_____ - Pro-Se
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

ATTORNEY KENNETH ADEBONOJO
555 - 4th STREET, N.W.
WASHINGTON, D.C. 20035   (202) 514-7157