```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616014199
Cashier ID: lwebb
Transaction Date: 08/06/2008
Payer Name: Notice of Appeal
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
   For: Notice of Appeal
   Amount:       $455.00
----------------------------------
MONEY ORDER
   Check/Money Order Num: 03951390508
   Amt Tendered: $455.00
----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```

07-1431 PLF

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $45 fee will be charged for a returned check.

**RECEIVED AUG - 6 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**